IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY JO WOOSLEY, | ) | |
| | ) | |
|     Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0910 |
| | ) | Judge Trauger |
| JAY SHERMAN WOOSLEY, | ) | |
| | ) | |
|     Debtor-Appellant. | ) | |
| | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the May 28, 2009, judgment of the Bankruptcy Court in *Woosley v. Woosley*, No. 08-ap-204 (Adversary Proceeding, Docket No. 72) is **AFFIRMED** on the single issue from that judgment that was appealed to this court.

It is so ordered.

Enter this 5th day of February 2010.

                                                              ALETA A. TRAUGER
                                                              United States District Judge